UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

United States,

    -against-

Joseph Williams,

    Defendant.

------------------------------------------------------------x

ORDER

Docket No. 14 CR 00776 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Domenick J. Porco is to assume representation of the defendant in the above captioned matter nunc-pro-tunc to February 7, 2023. Mr. Porco is appointed pursuant to the Criminal Justice Act. His address is Domenick J. Porco c/o W. Permutt, Esq., 571 White Plains Road, 2nd Floor, Eastchester, NY 10709, phone number (914) 725-6000, Email: djporcolaw@gmail.com.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       September 29, 2023